# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240141 |
|---|---|
| Trans | 146458 |

Received From: **FUKUNAGA MATAYOSHI HERSHEY**
Case Number:
Reference Number: **CV 07-370JMS**

|  | Check | 350.00 |
|---|---|---|
|  | Total | 350.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 190.00 |
| CV FILING FEE | 086400 | 1 | 100.00 |
|  | **Total** | | **350.00** |
|  | Tend | | 350.00 |
|  | Due | | 0.00 |

07/11/2007 03:39:36 PM     Deputy Clerk: bb/DG