| | | |
|---|---|---|
| 07/19/2007 | 4 | EO: Status Conference set for 8/6/2007 11:00 AM before JUDGE J. MICHAEL SEABRIGHT. (Judge J. MICHAEL SEABRIGHT )(edm, ) (Entered: 07/19/2007) |