# MINUTES

CASE NUMBER:   CIVIL NO. 07-00370JMS-LEK

CASE NAME:   Hoolae Paoa vs. Jacqueline A. Marati, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:   8/6/2007                      TIME:

COURT ACTION:  EO: Regarding Plaintiff's Motion to Remand filed on **8/3/07**.

Please be informed that Magistrate Judge Leslie E. Kobayashi will be considering      '
Plaintiff's Motion to Remand as a Non-Hearing motion.

Memorandum in Opposition is due   **8/20/07.**
Reply Memorandum is due   **9/4/07.**

Plaintiff's Motion to Remand will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Submitted by: Warren N. Nakamura, Courtroom Manager