# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 07-00370JMS-LEK |
| CASE NAME: | Hoolae Paoa vs. Jacueline A. Marati, et al., |
| ATTYS FOR PLA: | Michael C. Carroll |
| ATTYS FOR DEFT: | Laura A. Kuioka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 08/06/2007 | TIME: | 11:00 - 11:15 |

COURT ACTION:  Status Conference:

Judge Seabright informed Mr. Carroll and Ms. Kuioka that Karen Ahn is his sister-in-law. Judge Seabright's wife and Ms. Ahn are sisters.

Parties to consult with their clients and by the end of this week should file a letter with Gina Doane, Chief Deputy Clerk regarding their portions as to whether they would like Judge Seabright to remain on this case or recused from this case.

Submitted by:  Dottie Miwa, Courtroom Manager