Of Counsel:

BAYS DEAVER LUNG
ROSE & HOLMA

BRUCE D. VOSS           6532-0
Attorney at Law
A Law Corporation
MICHAEL C. CARROLL      7583-0
Alii Place, 16th Floor
1099 Alakea Street
Honolulu, HI 96813
Telephone: (808) 523-9000

Attorneys for Plaintiff
HOOLAE PAOA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HOOLAE PAOA, | ) CIVIL NO. CV07 00370 JMS-LEK |
| | ) (Other Non-Vehicle Tort) |
| Plaintiff, | ) |
| | ) |
| vs. | ) REPORT OF MEETING OF |
| | ) THE PARTIES; CERTIFICATE |
| JACQUELINE A. MARATI, | ) OF SERVICE |
| LINA'LA SIN CASINO, and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

40355_1

REPORT OF MEETING OF THE PARTIES

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Rule 26.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii ("Local Rules"), Plaintiff HOOLAE PAOA ("Plaintiff"), by and through his attorneys, Bays Deaver Lung Rose & Holma, submit this Report of Meeting of the Parties, held on September 20, 2007 ("Meeting").  Michael C. Carroll, Esq. attended the Meeting on behalf of Plaintiff, Laura A. Kuioka, Esq. attended on behalf of Defendant JACQUELINE A. MARATI ("Marati").  The parties agreed as follows:

I.   PRE-DISCOVERY DISCLOSURES

The parties agree that the initial disclosures, pursuant to FRCP 26(a)(1), will be exchanged within 30 days of the date of the filing of this Report.

II.  DISCOVERY PLAN

The parties have previously conducted limited discovery prior to removal of this action to federal court.  The parties discussed discovery scope and procedures and reached substantial agreement regarding discovery matters as follows:

1. The parties believe that discovery will be needed on all items relevant to all claims and defenses alleged in the Complaint, Counterclaim, Answer and Reply.

2. Requests for admissions, interrogatories, and depositions shall be in conformance with the FRCP and Local Rules.

3. Reports from retained experts under Rule 26(a)(2) and supplements will be due on a date set by this Court;

4. The parties agreed to further discuss the timeline for discovery and settle upon a discovery schedule at the Scheduling Conference on October 15, 2007.

III.  OTHER MATTERS

The parties agreed to allow the Court to determine the deadlines for joinder of additional parties and filing of dispositive motions and that any and all such joinders or motions shall be filed in accordance with the FRCP and Local Rules.

The parties discussed the possibility of the case being ready for trial in 8-12 months and the trial taking approximately three to five (3-5) days.

The parties have discussed alternative dispute resolution options, including, without limitation, the option of participation in the

40355-1

3

court's mediation program. The parties are prepared to consider alternative dispute resolution further and discuss options at the Scheduling Conference.

DATED: Honolulu, Hawaii, September 25, 2007.

_____
BRUCE D. VOSS
MICHAEL C. CARROLL

Attorneys for Plaintiff HOOLAE PAOA

40355-1

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOOLAE PAOA, | ) CIVIL NO. CV07 00370 JSM-<br>) LEK<br>) (Other Non-Vehicle Tort)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| vs. | |
| JACQUELINE A. MARATI,<br>LINA'LA SIN CASINO, and DOES<br>1-10, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, a true and correct copy of the foregoing document was served on the parties listed below at their respective addresses by U.S. Mail, first-class postage prepaid:

    LESLIE R. KOP
    LAURA A. KUIOKA
    1200 Davies Pacific Center
    841 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    JACQUELINE A. MARATI

40355_1

ANITA P. ARRIOLA, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagatna, Guam 96910

Attorney for Defendant, *Pro Hac Vice #061075*
JACQUELINE A. MARATI

DATED: Honolulu, Hawaii, September 25, 2007.

_____
BRUCE D. VOSS
MICHAEL C. CARROLL

Attorneys for Plaintiff
HOOLAE PAOA

40355-1                    2