Of Counsel:
FUKUNAGA, MATAYOSHI HERSHEY & CHING, LLP

LESLIE R. KOP          4794
LAURA A. KUIOKA        8054
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585
Email:     lrk@fmhc-law.com
           lak@fmhc-law.com

Attorneys for Defendant
JACQUELINE A. MARATI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HOOLAE PAOA, | ) | Civil No. CV 07-00370 JMS LEK |
| | ) | (Other Non-Vehicle Tort) |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT JACQUELINE |
| | ) | MARATI'S SCHEDULING |
| JACQUELINE A. MARATI, | ) | CONFERENCE STATEMENT; |
| LINA'LA SIN CASINO, and DOES | ) | CERTIFICATE OF SERVICE |
| 1-10, | ) | |
| | ) | *Rule 16 Scheduling Conference*: |
| Defendants. | ) | Date:  October 15, 2007 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Leslie E. Kobayashi |

G:\Paoa\Paoa PLEAD\scheduling conf stmt.wpd

DEFENDANT JACQUELINE MARATI'S
SCHEDULING CONFERENCE STATEMENT

Defendant JACQUELINE MARTI, by and through her attorneys,

Fukunaga Matayoshi Herhsey & Ching, submits this scheduling conference

statement pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed. R.

Civ. P.") and Rule 16.2 of the Rules of the United States District Court for the

District of Hawaii ("LR") .

I.    NATURE OF THE CASE

The instant action arises out of a Complaint, filed on August 4, 2006

by Plaintiff Hoolae Paoa ("Plaintiff").  The Complaint was filed in the Circuit

Court of the First Circuit.  In his Complaint, Plaintiff alleges that a Press Release

written by Jacqueline A. Marati ("Marati") contained false and defamatory

information about him.  Plaintiff further alleges that the information was

disseminated to and received by persons in the State of Hawaii.

Defendant Marati is a member of Lina'la Sin Casino ("Life without

Casinos") (hereafter "Lina'la"), a Guam non-profit organization which lobbies,

campaigns and opposes attempts to legalize gaming on Guam. Marati and other

Lina'la members, all Guam residents, successfully organized and campaigned in

the 2004 Guam general election to defeat an initiative to legalize casino gambling

in Guam.

In July 2006, certain individuals began to collect signatures of registered Guam voters in order to certify an initiative for the November 2006 election ballot in Guam. The initiative, as proposed would legalize the operation of slot machines in a facility known as the Guam Greyhound. After learning of this campaign, Lina'la began to investigate the backgrounds of the initiative organizers.

On July 31, 2006, Lina'la issued a Press Release written by Marati which discussed the background and history of the new owners of Guam Greyhound and the proponents of the initiative, including Plaintiff Hoolae Paoa ("Plaintiff"). Lina'la sent the Press Release to several Guam news organizations. Excerpts of the Press Release were published in early August 2006 in Guam media.

Defendant Marati denies any wrong doing. Furthermore, the statements made with regard to Plaintiff were true.

## II.    STATEMENT OF JURISDICTION/VENUE

Jurisdiction is based upon diversity of citizenship, 28. U. S. C. 1332.

Defendant Marati disputes that venue is proper. The press release which is the subject of this lawsuit described events that took place in Guam, are

of concern to Guam and was drafted and released in Guam.  As such, the majority,

if not all of the witnesses are in Guam.  Defendant is also a citizen of Guam.

Moreover, Plaintiff has already admitted in his answers to interrogatories, that he

currently lives in Saipan.  Accordingly, pursuant to 28 U.S.C. § 1391 (c) venue is

proper in the territory of Guam.

III.    JURY TRIAL AND DEMAND

Plaintiff has demanded a jury trial in his initial Complaint, filed on

August 4, 2006.

IV.    DISCLOSURES

Pursuant to Rule 26(f) of the Fed. R. Civ. P., a meeting was held on

September 20, 2007.  Counsel for Plaintiff and Defendant Marati attended.  The

parties agreed that the information required by Rule 26(a)(1) of the Fed. R. Civ. P.

and LR 26.1 will be exchanged within 30 days of the report filed herein on

September 25, 2007.

V.    DISCOVERY/MOTIONS

The parties conducted limited discovery prior to the removal of the

instant action.  There are no pending discovery requests or motions.

VI.    Special Procedures/Other Matters.

No special procedures are requested at this time.

VII.    <u>Related Cases</u>.

There are two related cases pending in Guam.

<u>Guam Greyhound and John Baldwin v. Jacqueline A. Marati</u>, Civil No. 0959-06 (Superior Court of Guam).  In this case, Plaintiffs sued Marati alleging virtually identical causes of action as those asserted by Hoolae Paoa, which were based upon the same press release issued by Marati in Guam.  Marati filed a motion to dismiss for failure to state a claim upon which relief may be granted based upon Guam's anti-SLAPP statute.  Guam's anti-SLAPP statute immunizes Marati from liability as her speech was protected under the statute.

<u>Guam Greyhound and John Baldwin v. Dorothy Brizill</u>, Civil No. 0960-06 (Superior Court of Guam).  In this case, Plaintiffs sued Dorothy Brizill, head of DC Watch, a community watch group for defamation and libel based on her comments regarding the slot machine gamming initiative in Guam and based upon the press release that was issued by Marati.  Brizill's motion to dismiss was also based upon the Guam anti-SLAPP statute and was <u>granted</u> by the trial court judge.

VIII.  <u>ADDITIONAL MATTERS</u>

There are no additional matters at this time.

DATED:    Honolulu, Hawaii, <u>October 8, 2007</u>.


/s/ Laura A. Kuioka

LESLIE R. KOP
LAURA A. KUIOKA
Attorneys for Defendant
JACQUELINE MARATI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HOOLAE PAOA, | ) | Civil No. 07-00370 JMS-LEK |
| | ) | (Other Non-Vehicle Tort) |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JACQUELINE A. MARATI, | ) | |
| LINA'LA SIN CASINO, and DOES | ) | |
| 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was duly served on the following persons at their last known addresses.

Served Electronically through CM/ECF:


BRUCE D. VOSS, ESQ.                           October 8, 2007
MICHAEL C. CARROLL, ESQ.
Bays, Deaver, Lung, Rose & Baba
Alii Place, 16th Floor
1099 Alakea Street
Honolulu, Hawaii 96813

Attorneys for Plaintiff

DATED:  Honolulu, Hawaii, <u>October 8, 2007</u>.

<u>/s/ Laura A. Kuioka</u>
LESLIE R. KOP
LAURA A. KUIOKA
Attorneys for Defendant
Jacqueline A. Marati

2