# MINUTES

CASE NUMBER:    CIVIL NO. 07-00370JMS-LEK
CASE NAME:      Hoolae Paoa vs. Jacqueline A. Marati, et al.
ATTYS FOR PLA:  Michael C. Carroll
ATTYS FOR DEFT: Leslie R. Kop
INTERPRETER:

JUDGE:  Leslie E. Kobayashi            REPORTER:  Courtroom 7-No Record

DATE:   10/15/2007                     TIME:      9:15-9:17

COURT ACTION:  EP: Rule 16 Scheduling Conference held.

1.    Jury trial on August 19, 2008 at 9:00 a.m. before JMS
2.    Final Pretrial Conference on July 8, 2008 at 9:00 a.m. before LEK
3.    Final Pretrial Conference before District Judge N/A
4.    Final Pretrial Statement by July 1, 2008
5.    File motions to Join/Add Parties/Amend Pleadings by January 18, 2008
6.    File other Non-Dispositive Motions by May 21, 2008
7.    File Dispositive Motions by March 19, 2008
8a.   File Motions in Limine by July 29, 2008
8b.   File opposition memo to a Motion in Limine by August 5, 2008
11a.  Plaintiff's Expert Witness Disclosures by **February 19, 2008**
11b.  Defendant's Expert Witness Disclosures by March 19, 2008
12.   Discovery deadline June 20, 2008
13.   Settlement Conference set for March 17, 2008 at 2:30 p.m. before LEK
14.   Settlement Conference statements by March 10, 2008
20.   Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 5, 2008
21.   File Final witness list by July 29, 2008
24.   Exchange Exhibit and Demonstrative aids by July 22, 2008
25.   Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 29, 2008
26.   File objections to the Exhibits by August 5, 2008
28a.  File Deposition Excerpt Designations by July 29, 2008
28b.  File Deposition Counter Designations and Objections by August 5, 2008
29.   File Trial Brief by August 5, 2008
30.   File Findings of Fact & Conclusions of Law by N/A

Other Matters: Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 07-00370JMS-LEK;
Hoolae Paoa vs. Jacqueline A. Marati, et al.;
Rule 16 Scheduling Conference Minutes
10/15/2007