841 Bishop St Ste 1200  
Honolulu, Hi 96813  
533-4300  
Email: lrk@fmhc-law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

Lina'La Sin Casino

**Defendant**

Does 1-10

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2007 | 19 | NOTICE of Hearing on Motion 17 MOTION to Change Venue : Motion Hearing set for 11/28/2007 at 09:00 AM before JUDGE LESLIE E KOBAYASHI. (wnn, ) (Entered: 10/17/2007) |