841 Bishop St Ste 1200  
Honolulu, Hi 96813  
533-4300  
Email: lrk@fmhc-law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

Lina'La Sin Casino

**Defendant**

Does 1-10

| Date Filed | # | | Docket Text |
|---|---|---|---|
| 11/09/2007 | 20 | | EO: 17 MOTION to Change Venue. Motion Hearing set for 11/28/2007 at 09:00 AM is moved to 03:30 PM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI )(wnn, ) (Entered: 11/09/2007) |