# LINA'LA SIN CASINO

Jacqueline A. Marati
jmarati@ite.net
(671) 688-5305

## FOR IMMEDIATE RELEASE

## GREYHOUND BACKERS PART OF GROUP FINED $622,820 IN DC SIGNATURE BUYING SCHEME FOR SLOT LEGALIZATION

## GROUP DENIED OR FAILED TO OBTAIN GAMBLING LICENSES IN 5 STATES DUE TO FINANCIAL IRREGULARITIES

July 31, 2006, Hagatna, Guam. After significant efforts to determine the backing of the Greyhound initiative petition in circulation, Lina' la Sin Casino brings this report in progress to the voting public and our law enforcement departments.

Individuals behind the current petition to legalize slot machines only at Greyhound have a history of coming in to a distressed race track facility, financing a rushed signature buying drive, getting the slots legalized and then selling the property.

Previous reports have the group reportedly spending millions in the effort. In Guam, that effort would cost around $25,000.

The individuals include:

**John K. Baldwin** – Principal of GG Acquisitions II, now 99% owners of Greyhound. Owner of Bridge Capital. Baldwin, as reported in the Washington Times, was a partner in a company that in the late 1990s owned gambling halls in South Carolina that failed to pay taxes and broke state gaming rules. He has reportedly financed failed attempts to get gambling licenses. He was also behind the failed Washington DC initiative to legalize slot machines.

Baldwin has reportedly been seen in Guam at political functions and fundraisers.

**Shawn Scott** also owner of Bridge Capital (See also Robert Newell below.)

## EXHIBIT E

PLAINTIFF'S EXHIBIT

000124

Scott sought a full Nevada license but withdrew it in 1997 after a member of the Nevada Gaming Control board characterized his accounting practices as "smoke and mirrors."

In 1999, Scott bought Delta Downs, a struggling racetrack in rural Louisiana. He persuaded local voters to approve the installation of slot machines, but the Louisiana Racing Commission's questioning of his finances led Scott to sell the track.

In 2002, Scott launched a $1.5million drive to legalize slot machines at a tiny race track in Bangor Maine, winning the statewide vote in November. When the Maine Harness Racing Commission was ready to deny the license, Scott sold his interest.

In 2004, Scott launched a drive to add slots to rural racetracks in Idaho, but that initiative failed. Since then, election clerks in three Idaho counties found evidence of forged signatures, with names appearing to have been copied from voter registration rolls and the telephone book.

Scott has been denied racing licenses in New Mexico and New York. He also sold a Maine track after a background investigation for the Maine Harness Racing Commission found that he and his associates had been the targets of numerous lawsuits and four tax liens since 1992 and had declared bankruptcy at least once.

**Robert L. Newell** – Here on Guam for the petition organizing drive, has worked with Bridge Capital in the failed attempt to bring slots to DC. The Washington Post reports he managed a California hotel that went bankrupt. A Las Vegas casino he owned failed to obtain a gambling license and was later torn down. A Spokane Washington investment firm of which he is an officer dissolved after states regulators accused it of swindling elderly, sick people out of their life savings. With Bridge USVI, Newell is chief operating officer and director of capital markets, while Baldwin is the President.

Newell was the organizer behind the failed Washington DC slots scheme.

**Victoria Scott** – mother of Shawn Scott, here in Guam to organize signature gathering effort, and an active participant in Bridge Capital's activities.

**Hoolae Paoa** – currently in Guam to organize the signature Drive. He is a convicted felon with a history of convictions since 1978. Offenses include thefts, domestic violence and assault, criminal contempt of court.

**Bridge Capital (USVI Investment LLC** – Virgin Islands Company, who together with **North Atlantic Investments** have organized heavily funded signature buying drive. They reportedly paid more than $617,000 to try to get a slots referendum on the Washington DC ballot. Failed when thrown out by the DC Board.

The Washington Post and the Washington Times reports the following:

Baldwin/Scott have been denied or failed to obtain gambling licenses in five states where regulators found evidence of financial mismanagement, irregular accounting practices and hidden partnerships.

In 2004, Baldwin/Scott/Newell were involved in a signature buying scheme to get a Video Lottery Terminal Initiative in Washington DC. The petition was thrown out after DC anti casino activists challenged the petitions and brought them before the DC Election Board.

The Washington DC Board of Elections and Ethics Memorandum and Opinion reads in part that the examination into the circumstances surrounding the Initiative petition circulation process "revealed significant and pervasive irregularities and improprieties of a magnitude never previously experienced in this jurisdiction. The illegal activities compromised, and made a mockery of, the integrity of the electoral process that the Board is charged with protecting. Accordingly, a fine in the amount of $622,820 is wholly justified" (see dcwatch.com).

In brief, petition circulators were found to be NOT from the election area, petition circulators were found NOT to be present during the signature gathering process, and many signatures were found to have been forged.

The citizen groups which oppose this initiative have hereby called on this Territory's officials as follows:

1. Guam Election Commission, Gerald Taitano: We have written the Guam Election Commission and its legal counsel Cesar Cabot to produce the submitted petitions to verify petition circulators and signatures.
2. Guam Attorney General, Douglas Moylan: We will write the Attorney General to issue a temporary restraining order on the petition gathering process to investigate those signatures submitted with the objective of verifying those signatures, in view of the past violations committed by members of this organization.

The anti Greyhound initiative group is also cautioning individuals who have been circulating these petitions: if you are signing these petitions indicating that you are collecting these signatures, and you were not present for these signatures, you may be prosecuted, imprisoned or fined.

Finally, it has been reported that John Paul Calvo, formerly of eccomm, and son of John and Janet Calvo, has been hired on as Director of Marketing for Greyhound.

000126



# Marianas Variety
### The Local & Regional Newspaper

Vol. 02 No. 215
©2006 Marianas Variety
Tuesday • August 01, 2006
www.mvariety.com
Serving the Marianas for 34 Years
50¢

# Greyhound backers named

By Gina Taboneres
Variety News Staff

THE individuals behind the initiative to legalize slot machine gambling on Guam are known for a series of failed attempts to obtain gambling licenses in five U.S. states, according to Lina'la Sin Casino.

Lina'la Sin Casino is opposing the gambling initiative by Guam Greyhound, which pays $5 for each signature gathered in support of slot machine gambling on Guam.

Jackie Marati, spokesperson of Lina'la Sin Casino, said the backers of Greyhound belong to Bridge Capital, a company from the Virgin Islands which, together with North Atlantic Investments, has organized well-funded signature-buying drives.

Lina'la Sin Casino or "Life without Casino" revealed in a press statement that the backers of Greyhound failed to obtain gambling licenses in five states where regulators found evidence of financial misman-agement, irregular accounting practices and hidden partnerships.

Lackey Hershman LLP, a Texas-based law firm representing Bridge Capital and Guam Greyhound, however, branded the statement of Lina'la Sin Casino as "false."

Marati, moreover, said the same group of individuals who were denied gambling licenses in five states due to financial irregularities paid more than $617,000 to try to get a slots referendum on the Washington, D.C. ballot in 2004 but failed when the initiatives was thrown out by the Board of Elections there.

Marati said the Washington, D.C. Board of Elections' Ethics Memorandum and Opinion asked the group to pay a fine of $622,820 after it was discovered that slot gambling petition circulators were not from the election area, and were not present during the signature

Continued on page 2

## Santa Rita water woes continue

By Gerardo R. Partido
Variety News Staff

CERTAIN parts of the village of Santa Rita are again without water after enjoying restored service over the weekend.

According to Guam Waterworks Authority spokesperson Heidi Ballendorf, the utility has been having problems with its storage tanks, which is why the water supply to some parts of the village has been low or nonexistent.

She said although the Navy has restored its water supply from the Fena reservoir, there have

Continued on page 2

## New Micronesian liner service set to launch

By Gerardo R. Partido
Variety News Staff

MATSON Navigation is set to launch its new bi-weekly liner service to the eastern Federated States of Micronesia and the Republic of the Marshall Islands.

The new feeder service, effective Aug. 11, will call on Ebeye, Kwajalein, Majuro, Kosrae, Pohnpei and Chuuk every 14 days.

Currently, Matson offers a

Continued on page 2

## 2 more suspected cases of pertussis reported

By Mar-Vic Cagurangan
Variety News Staff

TWO more suspected cases of pertussis, commonly known as whooping cough, were reported yesterday to the Department of Public Health and Social Services, raising the number of cases to 25 since last week, a department official disclosed yesterday.

"As we are doing case investigations, we want the public to be aware of the importance of immunizing their children and to check if they are up-to-date with their vaccine shots," said Anette Aguon, immunization supervisor of the health department's Center for Diseases Control.

Specifics about the new reported cases were not available as of press time. Aguon said the department will issue an official statement today.

Of the 23 cases reported last week, one resulted in death and six were laboratory-confirmed.

"Epidemiological investigation of these cases has not shown any linkage to an off-island

Continued on page 2



'Carabao' ride

Enjoying the last days of summer vacation, children frolic around the water buffalo sculpture in the Chamorro Village in Hagatna.
Photo by Mar-Vic Cagurangan



Inside

Micronesian leaders push regional initiatives    3

'Hospital project will be a private venture'    4

Debate on Prop A heats up    5

only $62    2 phones 2 sim cards & 2 $10 loads for only $62    Conditions apply.    CONNECT PUSH-TO-TALK THAT WORKS

## EXHIBIT F

2 LOCAL — TUESDAY, AUGUST 2006 — MARIANAS VARIETY GUAM EDITION

## 2 more...
Continued from page 1

source and it's suspected that some exposure may have occurred in a clinical setting," a press release from the department stated.

Pertussis is a highly contagious bacterial disease affecting the respiratory tract. It mostly afflicts infants and toddlers. Adults and children aged 7 and older usually develop a much milder form of pertussis. The disease spreads primarily by direct contact with discharge from the nose and throat of infected individuals.

Symptoms in children include violent fits of coughing, followed by a high-pitched inspiratory crowing sound. The coughing fit is often followed by vomiting.

Aguon advised the public to "practice personal hygiene and minimize exposure to those with colds or coughs, as well as to distance young children from anyone with symptoms of pertussis."

The department also reiterated its public reminder that children before reaching 15 months should get four doses of DTaP vaccines, and an additional dose before they reach school age.

DtaP immunize children from pertussis, diptheria and tetanus.

## Santa...
Continued from page 1

been problems with GWA's storage tanks and the utility has not been able to stockpile a water supply from the Navy.

Ballendorf did say, however, that a transmission line project to be undertaken by GWA will help solve the water woes in the area.

In addition, GWA will spend about $10 million on three projects designed to increase the amount of clean water and to better distribute the water to the village.

Aside from Santa Rita, residents living near the Ordot landfill also suffered from low to no water pressure yesterday.

According to Ballendorf, residents living near the Ordot landfill will be getting little to no water in the next few days due to problems in the Chaot reservoir, which supplies the water to the landfill area.

She said GWA crews are already working on the problem.

Meanwhile, GWA is hopeful that many residents will turn up for the public meetings to be held in Santa Rita and Agat.

The meetings will discuss the long-standing water problems in the south and GWA's plans to upgrade the water system in the area.

In the meantime, GWA is advising affected residents in both Santa Rita and Ordot to conserve water.

## New...
Continued from page 1

monthly service to the Marshall Islands from Honolulu via the container barge "Islander" and a 21-day service from Guam to Kosrae, Pohnpei and Chuuk via a connecting carrier agreement.

According to Matson, the improved frequency of the service will now allow businesses in the various Micronesian islands to diversify their product lines while saving on inventory costs.

The shift of Matson's Marshall Island operations from Honolulu to Guam will also result in a further increase in transshipment activity on Guam, making the island a dynamic hub in the Pacific.

With the enhanced service, Matson said the FSM and RMI will be better positioned to participate in global trade, with Guam as a major gateway to the Pacific.

Matson will continue to offer weekly service via connecting carrier agreements to Yap, Palau, Saipan, Tinian and Rota.

A special ceremony and reception will be held by Matson on Aug. 8 to celebrate the launch of the new service.

The ceremony will include the unveiling of the chartered 425-foot vessel's new name, the "MV Islander."

Expected to attend the festivities are Matson president and CEO James Andrasick, Sen. Antonio R. Unpingco, R-Santa Rita, and various port officials and business leaders.

Dave Hoppes, Matson senior vice president for ocean services, said that with the new service, Matson will be able to offer the Micronesian islands the best frequency ever offered in the region.

He added that by introducing this new bi-weekly liner service, Matson will further strengthen its ocean transportation infrastructure for Guam and the FSM.

## Greyhound...
Continued from page 1

gathering process, and that many signatures were forged.

The board was quoted as saying that the pro-gambling groups' initiative petition circulation process "revealed significant and pervasive irregularities and improprieties of a magnitude never previously experienced in this jurisdiction."

Marati said the same gambling proponents have a history of coming into a distressed racetrack facility, financing a rushed signature-buying drive, getting the slots legalized, and then selling the property.

Lina'la Sin Casino revealed the names of several individuals behind the gambling initiatives.

They include John K. Baldwin, the principal of GG Acquisitions II, now 99 percent owner of Guam Greyhound. Baldwin, also the owner of Bridge Capital, was a partner in a company that, in the late 1990s, owned gambling halls in South Carolina that reportedly failed to pay taxes and broke state gambling rules.

Baldwin has reportedly financed failed attempts to get gambling licenses, and was also behind the failed Washington, D.C. initiative to legalize slot machines.

Marati's group said Baldwin has been sighted on Guam during recent political functions and fundraising events.

One of the owners of Bridge Capital, Shawn Scott, who is also part of the Guam Greyhound initiative, sought a full Nevada license but withdrew it in 1997 after a member of the Nevada Gaming Control board characterized his accounting practices as "smoke and mirrors," according to Lina'la Sin Casino.

In 1999, Scott reportedly bought Delta Downs, a struggling racetrack in rural Louisiana. He persuaded local voters to approve the installation of slot machines, but the Louisiana Racing Commission's questioning of his finances led Scott to sell the track.

The group also revealed that in 2002, Scott launched a $1.5 million drive to legalize slot machines at a tiny racetrack in Bangor, Maine, winning the statewide vote in November. When the Maine Harness Racing Commission was ready to deny the license, Scott sold his interest.

In 2004, Scott launched a drive to add slot machines to rural racetracks in Idaho, but the initiative failed when election clerks in three Idaho counties found evidence of forged signatures with names appearing to have been copied from voter registration rolls and the telephone book.

The same group was also involved in a signature-buying scheme to get a video lottery terminal initiative in Washington, D.C. The petition was thrown out after anti-casino activists challenged the petitions and brought them before the Washington, D.C. Election Board.

Lina'La Sin Casino also said that Scott has been denied racing licenses in New Mexico and New York, and also sold a Maine track after a background investigation for the Maine Harness Racing Commission found that he and his associates had been the targets of numerous lawsuits and four tax liens since 1992 and had declared bankruptcy at least once.

The person who is reportedly on Guam organizing the petition drive is Robert L. Newell, the same individual who worked with Bridge Capital in the failed attempt to bring slots to Washington, D.C.

Quoting a Washington Post report, Lina'la Sin Casino said Newell managed a California hotel that went bankrupt.

They added that Newell owned a Las Vegas casino which was later torn down after he failed to obtain a gambling license. A Spokane, Washington investment firm of which he was an officer dissolved after state regulators accused it of swindling elderly and sick people out of their life savings.

The group also identified Victoria Scott, mother of Shawn Scott, who is also on Guam to help organize the signature-gathering effort.

One of Bridge Capital's workers, Hoolae Paoa, is also on Guam to assist Scott. Paoa reportedly has a history of convictions since 1978, which include the offenses of thefts, domestic violence, assault and criminal contempt of court.

Lina'la Sin Casino also mentioned the name of John Paul Calvo, formerly of EC Comm. and son of John and Janet Calvo. He has been reportedly hired as director of marketing for Guam Greyhound.

In light of this, Lina'la Sin Casino asked Guam Elections Commission executive director Gerald Taitano and GEC legal counsel Cesar Cabot, to produce the submitted petitions to verify petition circulars and signatures.

Lina'la Sin Casino said it will also ask Attorney General Douglas Moylan to issue a temporary restraining order on the petition gathering process to verify the signatures submitted "in view of the past violations committed by the members of this organization."

The anti-gambling group also cautioned individuals who have been circulating these petitions that they can be prosecuted, imprisoned or fined if they are not present when the signatures were actually collected.

### False allegations

Deborah Deitsch-Perez of Lackey Hershman LLP, the Texas-based law firm representing Bridge Capital and Guam Greyhound, branded the statement of Lina'la Sin Casino as false, "the very worst sort of defamation" that violates election law.

Deitsch-Perez said there was no finding or even allegation of "signature buying" in connection with the Washington, D.C. slots initiative and none of the financial backers of the said initiative was fined.

She added that newspapers that reported otherwise withdrew and corrected those stories.

According to Deitsch-Perez, the Washington, D.C. Board of Elections found only one forgery among over 56,000 signatures collected for the 2004 Washington, D.C. Slots Initiative Campaign.

"Signatures were unconstitutionally disregarded by the D.C. Board of Elections because of the actions of a small handful of bad signature gatherers who were sub-contractors of the company hired to manage the signature drive. That company was not involved in the Guam effort," the law firm said.

The statement also defended Scott's involvement in Delta Downs (Louisiana) and the Bangor Historic Track (Maine), which they said were both successful.

"The Scott entity that owned Delta Downs received a gaming license. When Mr. Scott sold the Bangor track, the commissioner in his then pending license hearing publicly expressed Maine's debt of gratitude to Scott for his achievements," the law firm said.

It stated that the allegations that Scott was denied a license in five jurisdictions because of alleged financial irregularities are false, adding that Scott has not been denied a license in five jurisdictions, has not been accused by any regulators of financial irregularities much less found to have engaged in any, or been denied a license because of any.

The law firm Lackey Hershman also said that Newell and Paoa are not employees of Bridge Capital and are in no way involved with Guam Greyhound or the Guam initiative.

"Statements about Newell in the press release seem to be excerpts of anonymous unconfirmed rumors in old news clippings," the law firm said as it confirmed that Paoa has worked hard to overcome a 20-year-old mistake in judgment for which he has expressed regret many times and made full restitution long ago.

While the law firm said that Baldwin has never been denied a gaming license, it stressed that Baldwin was not "behind" the Washington, D.C. Slots Initiative and not involved at all with the Washington, D.C. slots signature gathering campaign.

"There are numerous other falsehoods in the press release, but we felt it was important to get out a response quickly. More information will be disseminated as needed to correct the wild and untruthful allegations Ms. Marati makes. The people of Guam deserve to have a fair basis to decide whether or not to vote for gaming," Deitsch-Perez added.

[ Print this story ]

## Slot machine backers' history questioned

by Clynt Ridgell, KUAM News
Monday, July 31, 2006

According to Lina'la Sin Casino, backers of the Guam Greyhound Race Park's initiative to allow slot gaming there were part of a group that was fined $622,820 in Washington, D.C. for an attempt at slot legalization one that is very similar to the attempt happening on Guam now. The people behind the Guam Greyhound's Proposal "B" concept to allow slot gaming were fined for what is being called a "signature buying scheme" in the nation's capitol, according to the special interest group.

Jackie Marati with Lina'la Sin Casino says individuals behind the current petition to legalize slot machines only at Greyhound have a history of taking over a distressed race track facility, financing a rushed signature buying drive, getting the slots legalized, and then selling the property. Marati adds that it is this same group who has also been denied gambling licenses in five states due to financial irregularities. She maintains that this group is comprised of the several individuals.

First on the roster is John K. Baldwin, principal of GG Acquisitions II, a company who is now 99% owners of Guam Greyhound. Lina'la Sin Casino found and article in The Washington Times reporting that in the late 1990's Baldwin was a partner in a company that owned gambling halls in South Carolina that failed to pay taxes and broke state gaming rules. According to Lina'la Sin Casino Baldwin has reportedly been seen on Guam at political functions and fundraisers.

The next individual identified is Shawn Scott, also an owner of Bridge Capital. Scott reportedly sought a full Nevada license, but withdrew it in 1997 after his accounting practices were described as "smoke and mirrors" by a member of the Nevada Gaming Control Board. Further in 1999, Scott bought Delta Downs, a struggling racetrack in rural Louisiana where the installation of slot machines was approved. But he sold the track after his finances were questioned by that state's gaming commission.

In 2002, Scott was successful in his $1.5 million drive to legalize slot machines at a tiny race track in Bangor, Maine, and he sold his interest when the Maine Harness Racing Commission was about to deny his gaming license. The Maine Harness Racing Commission also found that he and his associates had been the targets of numerous lawsuits and four tax liens since 1992 and had declared bankruptcy at least once. In 2004, Scott failed at yet another gaming initiative this time in Idaho. Since then evidence was found of forged signatures in three Idaho counties.

Finally, Scott has also been denied racing licenses in both New Mexico and New York.

The third individual identified is Robert L. Newell who reportedly has been here on

**EXHIBIT G**

Guam for the Greyhound's petition organizing drive. Newell was the organizer behind the failed Washington, D.C. slots scheme. The Washington Post reports that he also managed a California hotel that went bankrupt, owned a casino in Las Vegas that failed to obtain a gambling license, acted as an officer for a Spokane, Washington firm that dissolved after state regulators accused it of swindling elderly, sick people out of their life savings.

With Bridge USVI, Newell is chief operating officer and director of capital markets, while Baldwin is the president.

The fourth individual implicated is Victoria Scott (mother of Shawn), who is supposedly on island trying to organize this signature gathering effort.

The fifth individual is Hoolae Paoa, also supposedly here to help organize this signature drive. He is a convicted felon whose offenses include thefts, domestic violence and assault, as well as criminal contempt of court.

In light of all these discoveries, Linala' Sin Casino has called upon the Guam Election Commission and its legal counsel Cesar Cabot to produce the submitted petitions to verify petition circulators and signatures. And Guam Attorney General Douglas Moylan to issue a temporary restraining order on the petition gathering process to investigate those signatures submitted with the objective of verifying those signatures, in view of the past violations committed by members of this organization.

The anti-Greyhound initiative group is also cautioning individuals who have been circulating petitions stating that if residents are signing those petitions indicating they are collecting signatures, while failing to be present for these signatures, you may be prosecuted, imprisoned or fined.

In the meantime KUAM News was unable to reach Guam Greyhound officials today, but we hope to have a comment on this report by tomorrow.

Additionally, attorneys representing Baldwin and Shawn Scott late Monday afternoon distributed a press release in response to Marati's comments.

Copyright © 2000-2006 by Pacific Telestations, Inc.

[ Print this story ]

Case 1:07-cv-00370-JMS-LEK   Document 21-4   Filed 11/09/2007   Page 19 of 37

| Other Libraries & Databases | New Search | Titles List | Your Account | Library Info | Request | History | Online Resources | Help | Login |

base Name: Libraries of the University of Hawaii System
ch Request: Builder = (Pacific Daily News)[ in Keyword Anywhere ]
ch Results: Displaying 1 of 28 entries

◀ Previous    Next ▶

Full Record    Staff View (MARC)

*Guam pdn.com Pacific Daily News.*

**Title:** Guam pdn.com [electronic resource] / *Pacific Daily News*.
**Variant Title:** HTML header title: guampdn.com
**Includes:** Computer File
**Publisher:** Hagatna, Guam : *Pacific Daily News*, c2000-
**Description:** *Daily*
**Subject(s):** Guam -- Newspapers.
**Other Name(s):** *Pacific Daily News* (Firm)
**Notes:** Description based on: Sept. 2, 2000; title from home page.
"This guampdn.com web service ... is owned and operated by the *Pacific Daily News* and contains material which is derived in whole or in part from The *Pacific Daily News* and other sources."
*News* stories replaced *daily*; back issues not available. Keyword-searchable classified advertisements retained for one week.
Mode of access: World Wide Web.
**Uniform title added entry:** *Pacific daily news*.
**Summary/Abstract:** Includes local *news*, sports, and weather from the *Pacific daily news*; a "Communities" guide to Guam's schools, villages, and people; and a classified advertisements section.
**b Site/Electronic Resource:** http://www.guampdn.com/

**Location:** UH Manoa: Hamilton Main-Library Use Only
**Call Number:** ELECTRONIC FORMAT
**Copy Number:** Copy 1
**Status:** Not Checked Out
**Recent Issues:**

◀ Previous    Next ▶

| Records to Print, Save, or Email |||
|---|---|---|
| Select Download Format: Full Record | Format for Print/Save | Save Search Query |
| Enter your email address: | Send Email | |
| Save results for later: Save Record(s) | | |

EXHIBIT H

Other Libraries & Databases   Search   Headings   Titles   Your Account   Library Information   Request   History   Online Resources   Help   Login

Case 1:08-cv-00002   Document 29-30   Filed 01/02/2008   Page 8 of 11

Case 1:07-cv-00370-JMS-LEK   Document 21-4   Filed 11/09/2007   Page 20 of 37

| Other Libraries & Databases | New Search | Titles List | Your Account | Library Info | Request | ...tory | Online Resources | Help | Login |

abase Name: Libraries of the University of Hawaii System
rch Request: Builder = (Marianas Variety)[ in Keyword Anywhere ]
rch Results: Displaying 1 of 2 entries

◀ Previous    Next ▶

Full Record    Staff View (MARC)

*Marianas variety news & views.*

**Title:** *Marianas variety* news & views.
**Variant Title:** *Marianas variety* news and views
Daily *Marianas variety* news & views
*Marianas variety*
**Issue With:** Commonwealth energy conservation newsletter
**Continues:** Micronesia star
**Publisher:** Saipan : s.n., 1972-
**Description:** v. : ill. ; 45 cm.
Daily
Frequent irregularities in numbering; numbering for v. 25, no. 179 repeated on issues for Nov. , Nov. 28, Dec. 1, 1997; numbering for v. 25, no. 181 repeated on issues for Dec. 3 and Dec. 4, 1997; issue for Dec. 8, 1997 lacks issue number.
Vol. 1 (Mar. 16, 1972)-v. 102 (Mar. 8, 1974) ; v. 3, no. 1 ( Mar. 15, 1974)-
**Subject(s):** Micronesia -- Periodicals.
Northern Mariana Islands -- Periodicals.
**Notes:** Subtitle: News and views.
Microfilm copy is reel 5-10, item 1 of *Marianas* Independent Serials.
Includes Commonwealth energy conservation newsletter (no. 1- ), with the July 17, 1981 issue
**iform title added entry:** Commonwealth energy conservation newsletter.
**Reproduction Note:** Microfilm. Honolulu : Advanced Micro-Image Systems Hawaii. 1988- microfilm reels ; 35 mr
Microfilm. Honolulu : University of Hawaii Library, 1982. 6 microfilm reels ; 35 mm.
**Local Notes:** UHM: CURRENT ISSUES IN PACIFIC NEWSPAPER STACKS.

**Location:** UH Manoa: Hamilton Main-Library Use Only
**Call Number:** MICROFILM S51166
**Copy Number:** Copy 1
**Status:** Not Checked Out
**Library Holdings:** Reel.5-10,, Item.1
**Recent Issues:**

**Location:** UH Manoa: Hamilton Main-Library Use Only
**Call Number:** MICROFILM V51001
**Copy Number:** Copy 1
**Status:** Not Checked Out

**EXHIBIT I**

**Location:** UH Manoa: Hamilton Main-Library Use Only
**Call Number:** MICROFILM S51166
**Copy Number:** Copy: S86600
**Library Holdings:** v.97 (1974:Feb.1)-v.102 (1974:Mar.8);v.3:no.1 (1974:Mar.15)-v.11:no.41 (1982:Dec.23) note: (Microfilm S51166)
**Recent Issues:**

---

**Location:** UH Manoa: Hamilton Pacific Folio-Library Use Only
**Call Number:** DU500.A2 M433
**Copy Number:** Copy 1
**Status:** v. 11, JAN-MAR, 1983 On hold at Hawaiian Pacific Circ Desk (Requests: 1)
**Library Holdings:** v. 11, JAN-MAR, 1983
v. 13, MAR-JUN, 1984
v. 14, JUL-SEP, 1985
v. 14, MAR-JUN, 1985
v. 15, JUL-SEP, 1986
v. 15, OCT-DEC, 1986
v. 14, JAN-MAR, 1986
v. 14, OCT-DEC, 1985
v. 13, JAN-MAR, 1985
v. 13, OCT-DEC, 1984
v. 15, MAR-JUN, 1986
v. 13, JUL-SEP, 1984
v. 12, OCT-DEC, 1983
v. 12, JUL-SEP, 1983
v. 12, APR-JUN, 1983
v. 12, JAN-MAR, 1984
v. 3, 1974-75
v. 2, no. 29-41, OC-DEC, 1982
**Recent Issues:**

---

**Location:** UH Manoa: Hamilton Pacific Folio-Library Use Only
**Call Number:** DU500.A2 M433
**Copy Number:** Copy: S86600
**Library Holdings:** v.1 (1972:Mar.16)-v.12:no.23 (1972:June),v.12:no.93 (1974:Jan.4)-v.12:no.102 (1974:Mar.8), note: (paper)
**Recent Issues:**

---

**Location:** UH Manoa: Hamilton Pacific-Library Use Only
**Call Number:** NEWSPAPER STACKS
**Copy Number:** Copy 1
**Recent Issues:** v. 34, no. 201 (2006 Dec. 22)
v. 34, no. 200 (2006 Dec. 21)
v. 34, no. 199 (2006 Dec. 20)
v. 34, no. 198 (2006 Dec. 19)
v. 34, no. 197 (2006 Dec. 18)

v. 34, no. 1 (2006 Dec. 13)
v. 34, no. 1 (2006 Dec. 12)
v. 34, no. 192 (2006 Dec. 11)

**Location:** UH Manoa: Hamilton Pacific-Library Use Only
**Call Number:** NEWSPAPER STACKS
**Copy Number:** Copy: TEST02
**Recent Issues:**

◀ Previous    Next ▶

| Records to Print, Save, or Email |||
|---|---|---|
| Select Download Format: Full Record | Format for Print/Save | Save Search Query |
| Enter your email address: | Send Email ||
| Save results for later: Save Record(s) |||

Other Libraries & Databases   Search   *Headings*   Titles   Your Account   Library Information   Request   History   Online Resources   Help   Login