# MINUTES

CASE NUMBER:        CIVIL NO. 07-00370JMS-LEK

CASE NAME:        Hoolae Paoa vs. Jacqueline A. Marati, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:    11/26/2007        TIME:

---

COURT ACTION:  EO: Defendant Jacqueline A. Marati's Motion for Transfer of Venue currently set for 11/28/2007 at 3:30 p.m. before Magistrate Judge Leslie E. Kobayashi is **Vacated.**

Magistrate Judge Leslie E. Kobayashi will be considering Defendant Jacqueline A. Marati's Motion for Transfer of Venue as a Non Hearing Motion.

Submitted by: Warren N. Nakamura, Courtroom Manager