# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

December 28, 2007

**ELECTRONIC TRANSMITTAL**

Ms. Jeanne G. Quinata
Clerk
Guam District Court
447 United States Courthouse
520 West Soledad Avenue
Hagatna, GU 96910-4950

Re: Electronic Transfer of CV 07-00370 JMS LEK; Paoa v. Marati, et al.,

Madam Clerk,

Attached to this electronic transmission please find enclosed, a PDF copy of the Order Adopting Magistrate Judge Leslie E. Kobayashi's Findings and Recommendation to Grant Defendant Jacqueline A. Marati's Motion To Transfer of Venue, by the Honorable J. Michael Seabright, U.S. District Judge, and filed on December 28, 2007, the Findings and Recommendation to Grant Defendant's Motion to Transfer of Venue, by the Honorable Leslie E. Kobayashi, U.S. Magistrate Judge, and filed on, November 27, 2007, and the Docket.

Please be advised that this case is completely imaged and available through PACER. A copy of the underlying Notice of Removal with attachments may be obtained thru PACER for your convenience.

If you have any questions, please do not hesitate to contact this office. Thank you and Aloha!

Very Truly Yours,


Sue Beitia, Clerk

by    /s/Gary Santos

Gary Santos, Sr. Case Mgr.

cc: All counsel of record

encls.