ANITA P. ARRIOLA
LEEVIN T. CAMACHO
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGATNA, GUAM 96910
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Counsel for Defendant
Jacqueline A. Marati

**FILED**
DISTRICT COURT OF GUAM

MAR 10 2008 

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| HOOLAE PAOA, | ) | CIVIL CASE NO. 08-00002 |
| Plaintiff, | ) | |
| vs. | ) | **SUBSTITUTION OF COUNSEL** |
| JACQUELINE A. MARATI AND LINA'LA SIN CASINO, | ) | |
| Defendants. | ) | |

NOTICE IS HEREBY GIVEN that defendant Jacqueline A. Marati hereby substitutes ANITA P. ARRIOLA and the law firm of ARRIOLA, COWAN & ARRIOLA in the place and stead of Leslie R. Kop and Fukunaga Matayoshi Hershey and Ching, LLP in the above-entitled action.

Dated: 3/3/08

_____
JACQUELINE A. MARATI
Defendant

///

1

**ORIGINAL**

I hereby agree to the substitution of counsel.

Dated: _____  **FUKUNAGA MATAYOSHI HERSHEY AND CHING**

BY: _____
**LESLIE R. KOP**

I hereby agree to the substitution of counsel.

Dated: 3/3/08  **ARRIOLA, COWAN & ARRIOLA**

BY: /s/ Anita P. Arriola
**ANITA P. ARRIOLA**

I hereby agree to the substitution of counsel.

Dated: _____  FUKUNAGA MATAYOSHI HERSHEY
AND CHING


BY: _/s/ Leslie R. Kop_____
     LESLIE R. KOP


I hereby agree to the substitution of counsel.

Dated: _____  ARRIOLA, COWAN & ARRIOLA


BY:_____
   ANITA P. ARRIOLA

2