**ANITA P. ARRIOLA**
**LEEVIN T. CAMACHO**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGATNA , GUAM 96910
TELEPHONE: (671) 477-9730~3
TELECOPIER: (671) 477-9734



**FILED**
**DISTRICT COURT OF GUAM**

MAR 10 2008 

**JEANNE G. QUINATA**
**Clerk of Court**

Counsel for Defendant
Jacqueline A. Marati

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | | |
|---|---|---|
| HOOLAE PAOA, | ) | CIVIL CASE NO. 08-00002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| JACQUELINE A. MARATI AND | ) | |
| LINA'LA SIN CASINO, | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on this 10th day of March, 2008, a true and correct copy of the Substitution of Counsel was sent **via facsimile and U.S. mail** to:

> **BRUCE D. VOSS, ESQ.**
> **BAYS, DEAVER, LUNG, ROSE & BABA**
> **A LAW CORPORATION**
> Alii Place, 16[th] Floor
> 1099 Alakea Street
> Honolulu, Hawaii 96813

Dated this 10th day of March, 2008.

**ANITA P. ARRIOLA**

**ORIGINAL**

1

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910