RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203



**FILED**
DISTRICT COURT OF GUAM

MAR 27 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys Specially Appearing for
Plaintiff Hoolae Paoa

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| HOOLAE PAOA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACQUELINE A. MARATI and ) <br> LINA'LA SIN CASINO, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL CASE NO. 08-00002 <br><br> **NOTICE OF SPECIAL AND LIMITED APPEARANCE BY CO-COUNSEL ON BEHALF OF PLAINTIFF HOOLAE PAOA** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorneys appear specially on behalf of Plaintiff Hoolae Paoa ("Paoa") as co-counsel for the sole and limited purpose of signing a Stipulation for Dismissal with Prejudice of this action, with each party to bear their own attorneys' fees and costs. Except as otherwise provided for in a written agreement between the parties hereto, Paoa specifically reserves all objections to the personal and subject matter jurisdiction of the District Court of Guam over Paoa. Further, Paoa does not appear generally

**ORIGINAL**

Paoa v. Marati, et al.
Civil Case No. 08-00002
Notice of Special and Limited Appearance By Co-Counsel on Behalf of Plaintiff Hoolae Paoa
Page 2 of 2 pages

in this venue or submit to the personal jurisdiction of this Court or any other court within the Territory of Guam for any other purpose, except as otherwise provided for in a written agreement between the parties hereto.

Dated this 27th day of March, 2008.

LAW OFFICES OF RICHARD A. PIPES
Attorneys Specially Appearing for
Plaintiff Hoolae Paoa

By: _____
RICHARD A. PIPES

### Certificate of Service

I, Richard A. Pipes, hereby certify that I caused to be served, by hand delivery, a true copy of this document on March 27, 2008, to Anita P. Arriola, Arriola, Cowan & Arriola, 259 Martyr Street, Suite 201, Hagatna, Guam 96910, counsel for Defendant Jacqueline A. Marati.

_____
Richard A. Pipes

RAP/nsh