ANITA P. ARRIOLA
LEEVIN T. CAMACHO
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGATNA, GUAM 96910
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Counsel for Defendant
Jacqueline A. Marati

**FILED**
DISTRICT COURT OF GUAM

MAR 2 7 2008 

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| HOOLAE PAOA, | ) | CIVIL CASE NO. 08-00002 |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL WITH PREJUDICE; CERTIFICATE OF SERVICE |
| JACQUELINE A. MARATI AND LINA'LA SIN CASINO, DOES I-X | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties through their undersigned counsel, that the above-captioned action is hereby dismissed with prejudice, each party will bear their own attorney's fees and costs.

DATED: Hagåtña, Guam, March 27, 2008.

ARRIOLA, COWAN & ARRIOLA
Attorneys for Defendant Jacqueline A. Marati

BY: _____
ANITA P. ARRIOLA

LAW OFFICE OF RICHARD A. PIPES
Attorney for Plaintiff Hoolae Paoa

BY: _____
RICHARD A. PIPES

**ORIGINAL**

## DECLARATION OF SERVICE

I, ANITA P. ARRIOLA, hereby declare under penalty of perjury of the laws of the United States, that on March 27, 2008, I caused to be served, via hand delivery, a true and correct copy of STIPULATION FOR DISMISSAL; DECLARATION OF SERVICE upon Plaintiff's counsel of record as follows:

**RICHARD A. PIPES**
Law Office of Richard A. Pipes
Orlean Pacific Bldg., Ste. 201
865 S. Marine Corps Dr.
Tamuning, Guam 96913

Executed this 27th day of March, 2008 at Hagåtña, Guam.

_____
**ANITA P. ARRIOLA**