**ANITA P. ARRIOLA**
**LEEVIN T. CAMACHO**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGATNA, GUAM 96910
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Counsel for Defendant
Jacqueline A. Marati

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| HOOLAE PAOA, | ) | CIVIL CASE NO. 08-00002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| JACQUELINE A. MARATI AND | ) | |
| LINA'LA SIN CASINO, DOES I-X, | ) | |
| | ) | |
| Defendants. | ) | |

The Court having considered the Stipulation for Dismissal with Prejudice, which was filed by all of the parties in this action, and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party will bear their own attorney's fees and costs.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Mar 31, 2008