# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Hoolae Paoa,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Jacqueline A. Marati,<br><br>　　　　Defendant. | Civil Case No. 1:08-cv-00002<br><br><br>**J U D G M E N T** |

    Judgment is hereby entered in accordance with the Order for Dismissal With Prejudice filed on March 31, 2008.

    Dated this 2nd day of April, 2008, Hagatna, Guam.

                                                **/s/ Jeanne G. Quinata**
                                                    Clerk of Court