RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys Specially Appearing for
Plaintiff Hoolae Paoa



**FILED**
DISTRICT COURT OF GUAM

APR 0 2 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| HOOLAE PAOA, | CIVIL CASE NO. 08-00002 |
| Plaintiff, | **NOTICE OF DISMISSAL OF DOE DEFENDANTS** |
| v. | |
| JACQUELINE A. MARATI and LINA'LA SIN CASINO, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Hoolae Paoa hereby dismisses with prejudice the Complaint filed herein

//
//
//
//

ORIGINAL

Paoa v. Marati, et al.
Civil Case No. 08-00002
Notice of Dismissal of Doe Defendants
Page 2 of 2 pages

against the Doe Defendants.

Dated this 2nd day of April, 2008.

>LAW OFFICES OF RICHARD A. PIPES
>Attorneys Specially Appearing for
>Plaintiff Hoohe Paoa
>
>By: _____
>RICHARD A. PIPES

## Certificate of Service

I, Richard A. Pipes, hereby certify that I caused to be served, by hand delivery, a true copy of this document on April 2, 2008, to Anita P. Arriola, Arriola, Cowan & Arriola, 259 Martyr Street, Suite 201, Hagatna, Guam 96910, counsel for Defendant Jacqueline A. Marati.

_____
Richard A. Pipes

RAP/nsh