# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Hoolae Paoa,<br><br>           Plaintiff,<br><br>    vs.<br><br>Does 1-10,<br><br>           Defendants. | Civil Case No. 1:08-cv-00002<br><br><br>**J U D G M E N T** |

    Judgment is hereby entered in accordance with the Notice of Dismissal of DOE Defendants filed on Arpil 2, 2008.

    Dated this 3rd day of April, 2008, Hagatna, Guam.

                                                                                     **/s/ Jeanne G. Quinata**
                                                                                          Clerk of Court